(119 So. 920)

**Anna DE JOURNETT v. STATE.  (6 Div. 380.)**

Court of Appeals of Alabama.  Jan. 22, 1929.

RICE, J.  Affirmed.

(126 So. 925)

**John DICKINSON v. STATE.**
**I Div. 922.**

Court of Appeals of Alabama.
Feb. 15, 1930.

PER CURIAM.

Appeal dismissed by appellant.

(128 So. 915)

**George M. DISMUKES v. TRIVERS CLOTH-ING CO.**
**6 Div. 717.**

Court of Appeals of Alabama.
April 24, 1930.

PER CURIAM.

Appeal dismissed for want of prosecution.

(121 So. 921)

**Lama DIXON v. CITY OF TUSCALOOSA.**
**(6 Div. 612.)**

Court of Appeals of Alabama.  April 18, 1929.

PER CURIAM.  Appeal dismissed for want of prosecution.

(124 So. 920)

**Jeff DIXON v. STATE.  (I Div. 838.)**

Court of Appeals of Alabama.  Nov. 19, 1929.

RICE, J.  Affirmed.

(119 So. 920)

**Slina DIXON, alias, etc. v. STATE,**
**(6 Div. 352.)**

Court of Appeals of Alabama.  Dec. 18, 1928.

BRICKEN, P. J.  Appeal dismissed.

(125 So. 920)

**C. Arthur DOSS v. STATE.  (6 Div. 664.)**

Court of Appeals of Alabama.  Jan. 7, 1930.

PER CURIAM.  Appeal dismissed by appellant.

(121 So. 921)

**G. L. DOWNER v. Chas. LANDSTREET.**
**(7 Div. 474.)**

Court of Appeals of Alabama.  April 9, 1929.

J. A. Johnson, of Ft. Payne, for appellant.
H. T. Bailey, of Columbiana, for appellee.

RICE, J.  This was a suit by appellee against appellant on a promissory note, with waiver of exemptions, etc.  Upon a trial before a jury, their verdict was in favor of appellant; he relying, as a defense, upon a sworn plea of non est factum.  Appellee's motion to set aside the verdict and grant him a new trial was granted, and this appeal followed.

Said motion for a new trial, resting and being granted, in part, at least, upon the ground that the verdict was "contrary to the great weight of the evidence," and the evidence being conflicting, we would not, after an examination of same, feel authorized, under the well-known rule that prevails, to overturn the action of the trial judge.  Cobb v. Malone & Collins, 92 Ala. 630, 9 So. 738.  The judgment is affirmed.

Affirmed.